William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-65—

Kroch's and Brentano's, Claimant, *vs.* State of Illinois, Department of Business and Economic Development, Respondent.

111

*Opinion filed September 25, 1974.*

KROCH'S AND BRENTANO'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.